Morton Rosenberg, Respondent, v. Samuel Schaeffer and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Edward Furman, Respondent, v. Olive Groves Furman, Also Known as Olive Krauss, Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Fuller Bros., Ltd., Respondent, v. The Peck, Stow & Wilcox Company, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

General Accident, Fire and Life Assurance Corporation, Limited, of Perth, Scotland, Respondent, v. A. H. Atkinson, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Gordon J. Wolf, Respondent, v. Leach Bros., Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Leopold Seyffert, Jr., Appellant, v. Physicians Diagnostic Laboratory, Inc., and George Ambrus, Jointly and Severally, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Petrina Virgillito, as Administratrix, etc., of Dominico Virgillito, Deceased, Respondent, v. Mosholu Housing Corp. and Others, Defendants, and Prudential Iron Works, Inc., and Others, Appellants.— Order unanimously modified by granting preference over other issues noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

C. Walter Randall, as Trustee of Bush Terminal Company, Debtor, Respondent, v. Frank Bailey, Appellant, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Augustus B. Weller and Louis Ferkin, Respondents, v. Leon C. Greenebaum and Another, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Thomas Geogas, Also Known as Thomas Zogas, and Mary Geogas, Also Known as Mary Th. Zogas, Respondents, v. National Bank of Greece and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.